UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN LANGLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-421** |
| **ROBERT TANNER, ET AL.** | **SECTION "E" (2)** |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Steven Langley's 42 U.S.C. § 1983 complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 16th day of July, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**